# Exhibit A

Lipoid Grundstücks GmbH
Frigenstr.4
67065 Ludwigshafen


Herrn Carsten Matthias Rebmann
331 W 84 th Street,Unit 2
New York,NY 10024


**Betreff: Außerordentliche Gesellschafterversammlung der Lipoid Grundstücks GmbH, HRB 3812 des Handelsregisters beim Amtsgericht Ludwigshafen**


Sehr geehrter Herr Rebmann,

als Geschäftsführer der Lipoid Grundstücks GmbH lade ich Sie zur außerordentlichen Gesellschafterversammlung

am 25.Dezember 2012, 9:00 Uhr
im Fürstenweg 13,67435 Neustadt
Deutschland

ein. Folgende Tagesordnungspunkte sind vorgesehen:

1. Beschluss über die Ausschließung von Herrn Carsten Matthias Rebmann als Gesellschafter aus wichtigem Grund.
2. Beschluss über die Einziehung des Geschäftsanteils von Herrn Carsten Matthias Rebmann gegen Zahlung einer Abfindung gem. § 11 Abs. 2 Satz 2 i. V. m. § 13 des Gesellschaftsvertrages.

**Herr C. Rebmann hat bei der Beschlussfassung kein Stimmrecht.**

Ludwigshafen, 18. Dezember 2012


Dr. Herbert Rebmann

[translation of invitation to Ausserordentliche Gesellschafterversammlung Lipoid Grundstucks GmbH 25 Dec 2012]

Lipoid Grundstucks GmbH
Frigenstrasse 4
67065 Ludwigshafen

Mr. Carsten Matthias Rebmann
331 W 84th Street, Unit 2
New York, NY 10024

Regarding: Special Shareholder Meeting of Lipoid Grundstuecks GmbH, registry no. 3812 at the commercial registry of the municipal court Ludwigshafen

Dear Mr. Rebmann,

As Managing Director of Lipoid Grundstucks GmbH I invite you to the special shareholder meeting

On December 25th, 2012, 9:00AM
at Furstenweg 13, 67435 Neustadt
Germany.

This is the agenda:

1) Decision to remove Mr. Carsten Matthias Rebmann as share holder for important reason.

2) Decision to retract the shares of Mr. Carsten Matthias Rebmann against payment of compensation according to article 11, paragraph 2 in connection with article 13 of the shareholder agreement.

**Mr. C. Rebmann has no vote in these decisions.**

Ludwigshafen, 18th December 2012

[illegible signature]
Dr. Herbert Rebmann