# Exhibit D

# Niederschrift

der außerordentlichen Gesellschafterversammlung der

**Lipoid Grundstücks-GmbH**

HRB 3812, Amtsgericht Ludwigshafen

am 9.1.2013 um 8 Uhr

in 67435 Neustadt Fürstenweg 13

### A.   Beteiligungsverhältnisse

Das Stammkapital der Gesellschaft beträgt DM 300.000,00 und ist voll eingezahlt. An der Gesellschaft sind die Gesellschafter wie folgt beteiligt:

| | |
|---|---|
| Dr. Herbert Rebmann | DM 120.000,00 |
| Birgit Rebmann | DM 90.000,00 |
| Carsten Rebmann | DM 30.000,00 |
| Helge Rebmann | DM 30.000,00 |
| Balder Rebmann | DM 30.000,00 |
| **Gesamt:** | **DM 300.000,00** |

### B.   Teilnehmer

Dr. Herbert Rebmann

Birgit Rebmann

Helge Rebmann vertreten durch Frau Birgit Rebmann

Balder Rebmann vertreten druch Herrn Dr. Herbert Rebmann

Nicht erschienen: Carsten Rebmann

Hinzu tritt, dass Herr Carsten Rebmann die Internetdomain für kommerzielle Zwecke aktiv nutzt. Kunden und Geschäftspartner sind irritiert und erreichen ihre gewünschten Gesprächspartner nicht.

Durch die Treuepflichtverletzungen von Herrn Carsten Rebmann steht zu befürchten, dass der gesamten Lipoid-Gruppe ein erheblicher materieller und immaterieller Schaden zugefügt wird. Das gilt letztlich auch für die Lipoid Grundstücks-GmbH, deren wirtschaftliche Interessen integraler Bestandteil der Lipoid-Gruppe sind und damit von den treuwidrigen Aktivitäten von Herrn Carsten Rebmann mittelbar verletzt werden.

Den übrigen Gesellschaftern sei daher eine Fortsetzung der Gesellschaft mit Herrn Carsten Rebmann nicht mehr zuzumuten.

> § 11 der Satzung bestimmt: Ein Gesellschafter kann durch Gesellschafterbeschluss aus der Gesellschaft ausgeschlossen werden, wenn in seiner Person ein wichtiger Grund vorliegt, so dass den übrigen Gesellschaftern die Fortsetzung der Gesellschaft mit dem in Frage stehenden Mitgesellschafter in Folge seines Verhaltens oder seiner Persönlichkeit nicht mehr zuzumuten ist.

Die anwesenden Gesellschafter beschlossen sodann einstimmig:

Herr Carsten Matthias Rebmann wird gem. § 11 Abs. 1 Satz 1 aus der Gesellschaft ausgeschlossen.

2. **Beschluss über die Einziehung des Geschäftsanteils von Herrn Carsten Matthias Rebmann gegen Zahlung einer Abfindung gem. § 11 Abs. 2 Satz 2 i. V. m. § 13 des Gesellschaftsvertrages**

Die anwesenden Gesellschafter beschlossen einstimmig:

1. Der Geschäftsanteil von Herrn Carsten Rebmann im Nennbetrag von DM 30.000,00 wird gemäß § 11 Abs. 2 Satz 2 des Gesellschaftsvertrages eingezogen.

2. Der Geschäftsführer Dr. Herbert Rebmann wird beauftragt, Herrn Carsten Rebmann gegenüber die Einziehung seines Geschäftsanteils schriftlich zu erklären.

3. Der Geschäftsführer Dr. Herbert Rebmann wird ferner beauftragt, den Betrag der gem. § 11 Abs. 3 i.V.m § 13 zu zahlenden Abfindungssume zu ermitteln und diese – nach Verrechnung mit allen Gegenansprüchen, die der Gesellschaft zustehen – an Herrn Carsten Rebmann auszuzahlen.



4. Anstelle des eingezogenen Geschäftsanteils wird ein neuer Geschäftsanteil im Nennbetrag von DM 30.000,00 gebildet, der der Gesellschaft als eigener zusteht und von ihr übernommen wird.

Der Versammlungsleiter verkündete das Ergebnis aller gefassten Beschlüsse und stellte die Beschlüsse damit fest.

Der Versammlungsleiter schloss die Gesellschafterversammlung um 8.30 Uhr.

Neustadt, 9.1.2013

*[Unterschrift]*

Dr. Herbert Rebmann

Anwesenheitsliste

Außerordentliche Gesellschafterversammlung der Lipoid Grundstücks GmbH

*[handwritten signatures: Birgit Rebmann, R. P. Rebmann]*

*[handwritten: Neustadt, 9.1. 2013]*

*[handwritten signature: Rebm.]*

Anwesenheitsliste



C.M. Robomouca
731 W 8Y th Street # 2
1002y New York
MSA

Jan 25, 2013

Leparel Sandstrich GmbH Fäurlanweg 15
D 62435 Neustadt

Translation of Niederschrift Lipoid Grundstücks GmbH 20130109

Minutes of the extraordinary shareholder meeting of Lipoid Grundstücks-GmbH HRB 3812, local court Ludwigshafen, on 9th January 2013 at 8:00 a.m. in 67435 Neustadt Fürstenweg 13

A. Ownership relations
The common stock of the company amounts to DM 300,000.00 and has been fully paid. The shareholders have the following stake in the company:

| | |
|---|---|
| Dr. Herbert Rebmann | DM 120,000.00 |
| Birgit Rebmann | DM 90,000.00 |
| Carsten Rebmann | DM 30,000.00 |
| Helge Rebmann | DM 30,000.00 |
| Balder Rebmann | DM 30,000.00 |
| Total | DM 300,000.00 |

B. Participants
Dr. Herbert Rebmann
Birgit Rebmann
Helge Rebmann represented by Ms. Birgit Rebmann
Balder Rebmann represented by Dr. Herbert Rebmann
not appeared: Carsten Rebmann

[...]

1. Decision on the exclusion of Mr. Carsten Matthias Rebmann as shareholder for important cause

The present shareholders justified the exclusion of Mr. Carsten Rebmann with his violation of the general fiduciary duty towards the society and towards the co-shareholders (BGHZ 65, 15f, 17, 18).

The content of the fiduciary duty is to protect the interests of the GmbH as its shareholder; especially not to impair it through a damaging conduct and accordingly to consider the common interests of the co-shareholders and of affiliated companies. Mr.. Carsten Rebmann has violated his fiduciary duty in multiple respects.

For instance, he has not fulfilled his duties as Managing Director during his time as Managing Director of the affiliated companies American Lecithin Company and Lipoid LLC; he has not prepared and submitted balance sheets and tax returns despite repeated requests. Thereby, he has damaged the reputation of the group.

Mr Carsten Rebmann registered internet domains in his own name and after his exit as managing director he blocked all correspondence through the domain names registered by him [awkward in German as well]. Employees of the Lipoid Group have no longer access to their former accounts and to the incoming personal and business-related messages. He directs the user of the homepage of ALC to a page that is only accessible to him and claims on top of this that this is the only official page of the company. Thereby he naturally directly damaged the company.

Additionally, Mr. Carsten Rebmann uses the internet domains actively for commercial purposes. Customers and business partners are confused and don't reach their desired correspondents.

It is to be feared that the entire Lipoid Group will suffer substantial material and immaterial damages due to Mr Carsten Rebmann's violations of fiduciary duty. This applies finally to Lipoid Grundstücks GmbH as well; its economic interests are an integral part of the Lipoid Group and are damaged indirectly by the acts of bad faith of Mr Carsten Rebmann.

Therefore, it can no longer be expected of the other shareholders that they continue the company with Mr. Carsten Rebmann.

Paragraph 11 of the bylaws stipulates: A shareholder can be excluded from the company through decision of the shareholders, if there is an important reason in this person [sic! awkward and unclear in German], so that the other shareholders can no longer be expected to continue the company with the questionable co-shareholder as a result of his conduct or his personality [points rather to character flaws than to actions].

The present shareholder decided thereafter unanimously:
Mr. Carsten Matthias Rebmann is excluded from the company according to paragraph 11 section 1 sentence 1.

2. Decision on the forfeiture of the share of Mr. Carsten Matthias Rebmann against payment of a compensation according to paragraph 11 section 2 sentence 2 in connection with paragraph 13 of the shareholder contract.

The present shareholders decide unanimously:
1. The Shares of Mr. Carsten Rebmann that nominally amount to DM 30,000.00 is forfeit according to paragraph 11 section 2 sentence 2 of the shareholder contract.

2. The managing director Dr. Herbert Rebmann is commissioned to declare the forfeiture of his share to Mr. Carsten Rebmann in writing [has not happend, I only received the minutes].

3. The managing director Dr. Herbert Rebmann is further commissioned to assess the payable amount of the compensation according to paragraph 11 section 3 in connection with paragraph 13 and to pay this amount to Mr Carsten Rebmann, after all counter-claims that the company owns have been deducted.

4. In lieu of the forfeit shares a new block of shares if created with the nominal value of DM 30,000.00 that are owned by the company and taken over by her.

The leader of the meeting anounced the result of all decisions made and thereby determined the decisions.

The leader of the meeting closed the shareholder meeting at 8:30am.

Neustadt, 9th January 2013

[signed] Dr. Herbert Rebmann

[on bottom of page: abbreviated signature] Birgit Rebmann