# EXHIBIT A

# Samuel Goldman & Associates

1185 Avenue of the Americas
18th Floor
New York, NY 10036

---

Matthias Rebmann

New York, NY

August 20, 2015

In Reference To: American Lecithin Company v. Rebmann
                   12 Civ. 929 (VSB)
                   Re: Seeking to Take Deposition of Herbert Rebmann

Invoice # 13964

    Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/7/2015 SBG | Reviewed Opposition papers to fee application; Telephone call to client concerning fee application; Telephone call Sherica Bryan; attention to fee application | | 1.20 | $780.00 |
| 8/11/2015 JNG | Fee application opposition and supporting cases research | | 5.50 | $1,210.00 |
| 8/12/2015 JNG | Drafting fee application reply memorandum of law | | 6.50 | $1,430.00 |
| 8/13/2015 JNG | Drafting and editing fee application reply memorandum of law | | 6.25 | $1,375.00 |
| SBG | Reviewed and revised Reply MOL; Confs - James Ng re same | | 2.00 | $1,300.00 |
| 8/14/2015 HMS | Edited, Proofed, and filed Reply MOL in Support of Fee App in SDNY via PACER | | 1.00 | $150.00 |

Matthias Rebmann                                                                August 20, 2015
                                                                                     Page    2

|  |  | Hours | Amount |
|---|---|---:|---:|
| 8/14/2015 JNG | Editing fee application reply memorandum of law | 2.15 | $473.00 |
| | For professional services rendered | 24.60 | $6,718.00 |
| | Balance due | | $6,718.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Herbert M. Shaw | 1.00 | 150.00 | $150.00 |
| James Ng | 20.40 | 220.00 | $4,488.00 |
| Samuel Goldman | 3.20 | 650.00 | $2,080.00 |

Wire instructions for immediate credit:
JP Morgan Chase
100 E 42nd Street
New York, NY 10017
For the account of:
Samuel Goldman & Associates
Account# 6301383124   ABA # 021000021

For International Wires: Swift #
CHASUS33