UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN LECITHIN COMPANY,
LIPOID GmbH, LIPOID, LLC, and
PHOSPHOLIPID GmbH,

                                    Plaintiffs,

-v-

CARSTEN MATTHIAS REBMANN,

                          Defendant and
                          Third-Party Plaintiff,

-v-

HERBERT REBMANN, LIPOID STIFTUNG, LIPOID
BETEILIGUNGS GmbH, LIPOID VERWALTUNGS AG,
LIPOID GRUNDSTUECKS GmbH, and PHOSPHOLIPID
FORSCHUNGSZENTRUM e.V.,

                          Third-Party Defendants.

Case No. 12-cv-00929-VSB

**AFFIRMATION OF
SAMUEL GOLDMAN**

SAMUEL GOLDMAN, an attorney duly admitted to the practice of law before this Court

and the Courts of the State of New York, hereby affirms under penalty of perjury that the following

is true and correct:

1.      I am a principal of the law firm Samuel Goldman & Associates, counsel to the

Defendant and Third-Party Plaintiff in this action.  Attached hereto is a true and correct copy

of the deposition transcript of Herbert Rebmann (April 29, 2015), including the

Exhibits thereto.  These are being submitted in further opposition to the Motion by

Plaintiffs and Third-Party Defendants to Dismiss Counterclaims and Third Party Claims.

                                              Samuel Goldman

Dated: New York, New York
          October 9, 2015