```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMERICAN LECITHIN COMPANY,                                  :
LIPOID GmbH, LIPOID LLC, and                                :
PHOSPHOLIPID GmbH,                                          :
                                                            :       12-CV-929 (VSB)
                                Plaintiffs,                 :
                                                            :              ORDER
               - against -                                  :
                                                            :
CARSTEN MATTHIAS REBMANN,                                   :
                                                            :
                        Defendant;                          :
                        Counterclaim                        :
                        and Third-Party                     :
                        Plaintiff,                          :
                                                            :
               - against –                                  :
                                                            :
HERBERT REBMANN, LIPOID                                     :
GRUNDSTUECKS GmbH, LIPOID                                   :
VERWALTUNGS, GmbH, LIPOID AG, and                           :
COMPLECTOR AG,                                              :
                                                            :
                        Third-Party                         :
                        Defendants.                         :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/29/2016
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant's letter, dated February 24, 2016, (Doc. 246), and Plaintiffs' response letter, dated February 26, 2016, (Doc. 247). The current discovery dispute relates to Defendant seeking to depose three deponents that Defendant had not previously identified, despite my request of December 28, 2015 that, with respect to any remaining depositions, the parties identify the deponent and the expected relevance of the testimony, (Doc. 242).

In light of the fact that Defendant failed to identify these three deponents as requested and has not indicated why their testimony would be relevant, I find that the circumstances do not

warrant allowing Defendant to take the additional depositions.  Accordingly, Defendant's application is DENIED.

    SO ORDERED.

Dated: February 29, 2016
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge