# Samuel Goldman & Associates

1185 Avenue of the Americas, 18th Floor
New York, New York 10036
Phone: (212) 725-1400  Fax: (212) 725-0805

April 30, 2018

**Via ECF**
U.S. District Court Judge Vernon S. Broderick
U.S. District Court for the Southern District of New York
40 Foley Square, Room 518
New York, NY 10007

Re: *American Lecithin Co. et al. v. Rebmann*, Case No. 12-cv-00929-(VSB)

Your Honor:

We represent Defendant Carsten Matthias Rebmann ("Matthias") in the above-referenced case.

We are writing to request that the removal of the State court action entitled *Lipoid LLC v. Carsten Matthias Rebmann*, Case No. 1:18-cv-03184 (Index No. 650932/2018), filed by Matthias on April 11, 2018, be rescinded and that the case be restored to the State Court. The removal was filed in error.

We understand that Plaintiff Lipoid LLC does not oppose this request and thank the Court for its consideration of this request.

Respectfully submitted,

Samuel Goldman

cc: Gregory Hauser, Esq.
  Sherica Bryan, Esq.
  *Counsel for Plaintiffs*