UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/19

-----------------------------------------------------------------X

AMERICAN LECITHIN COMPANY, LIPOID GmbH, :
LIPOID LLC, and PHOSPHOLIPID GmbH,

                    Plaintiff,        :

               -against-        :

CARSTEN MATTHIAS REBMANN,

                    Defendant.  :

-----------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

ORDER

12-CV-929 (VSB)(KNF)

      A telephonic conference was held with counsel to the respective parties on January 3, 2019.

As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.     any dispositive motion be served and filed on or before February 15, 2019; and

2.     the response to any such motion(s) and any reply(ies) shall be made in accordance

       with Local Civil Rule 6.1 of this court.

Dated: New York, New York
       January 3, 2019

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE