UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
AMERICAN LECITHIN COMPANY,
LIPOID GmbH, LIPOID LLC, and
PHOSPHOLIPID GmbH,

                        Plaintiffs,                  Case No. 12-cv-00929-VSB-KNF

-against-                                         **NOTICE OF MOTION BY THIRD-PARTY DEFENDANT HERBERT REBMANN FOR PARTIAL SUMMARY JUDGMENT**

CARSTEN MATTHIAS REBMANN,
                        Defendant, Counterclaim
                        and Third-Party
                        Plaintiff,
-against-

HERBERT REBMANN, LIPOID STIFTUNG,
LIPOID BETEILIGUNGS GmbH,
LIPOID VERWALTUNGS AG,
LIPOID GRUNDSTUECKS GmbH, and
PHOSPHOLIPID FORSCHUNGSZENTRUM e.V.,

                        Third-Party Defendants.
--------------------------------------------------------x

       **PLEASE TAKE NOTICE** that, upon the Amended Complaint, dated April 9, 2012, the Second Amended Answer, Counterclaims and Third-Party Claims, dated May 15, 2015, the Answer to First Counterclaim and Ninth and Eleventh Third-Party Claims, dated May 25, 2018, the Affidavits of Defendant Carsten Matthias Rebmann, dated October 18, 2013, and October 9, 2015, the exhibits to those Affidavits, all previously filed in this action, the accompanying Declaration of Herbert Rebmann, executed March 1, 2019, the accompanying Statement Pursuant to Local Rule 56.1, the accompanying memorandum of law, and all prior pleadings, papers and proceedings heretofore had herein, the undersigned hereby moves this Court before the Honorable Vernon S. Broderick, U.S.D.J., in Courtroom 518 at the United States District

1

Courthouse, 40 Foley Square, New York, New York 10007 for an order (a) pursuant to Fed. R. Civ. P. 56 granting Summary Judgment to Third-Party Defendant Herbert Rebmann on Defendant/Third-Party Plaintiff's Ninth Third-Party Claim for Conversion, and (b) granting such other and further relief as to the Court seems just and proper.

Dated: March 1, 2019

Respectfully submitted,

_____
Gregory F. Hauser
WUERSCH & GERING LLP
100 Wall Street, 10th Floor
New York, New York 10005
Tel: (212) 509-5050
Fax: (212) 509-9559
*Attorneys for Plaintiffs and for Third-Party Defendant Herbert Rebmann*

To: Samuel Goldman, Esq.
Samuel Goldman & Associates
200 Park Avenue – Suite 1700
New York, NY 10017
Tel: (212) 725-1400
Fax: (212) 725-0805
*Attorneys for Defendant and Third-Party Plaintiff*

**CERTIFICATE OF SERVICE**

I am an attorney at Wuersch & Gering LLP, counsel for the Third-Party Defendants, in the above-captioned proceeding. I hereby certify that on March 1, 2019, I caused the foregoing **Notice of Motion for Partial Summary Judgment** to be served electronically via the United States District Court, Southern District of New York Court's ECF system upon those parties entitled to receive electronic notice.

_____
Gregory F. Hauser