UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
AMERICAN LECITHIN COMPANY,
LIPOID GmbH,
LIPOID LLC, and
PHOSPHOLIPID GmbH,   Case No. 12-cv-00929-VSB-KNF

                Plaintiffs,

-against-

CARSTEN MATTHIAS REBMANN,
        Defendant, Counterclaim
        and Third-Party Claim
        Plaintiff,

HERBERT REBMANN,
LIPOID GRUNDSTUECKS GMBH,
LIPOID VERWALTUNGS, GMBH,
LIPOID AG, and COMPLECTOR AG,

                Third-Party Defendants.
------------------------------------------------------x

## DECLARATION OF DR. HERBERT REBMANN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

DR. HERBERT REBMANN declares a follows:

    1.    I am one of the named Third-Party Defendants.

    2.    I make this declaration based upon my personal knowledge.

    3.    Former Third-Party Defendant Lipoid Grundstücks GmbH is currently owned 94% by another German limited liability company, which is a 100% subsidiary of former Third-Party Defendant Lipoid Verwaltungs AG.

    4.    Lipoid Grundstücks GmbH was formerly owned by a number of individuals, including both the Defendant, Carsten Matthias Rebmann, and myself.

1

5. By a meeting of the shareholders of Lipoid Grundstücks GmbH on 9 January 2013, the shareholders other than the Defendant voted for the Company's withdrawal of the Defendant's ownership shares.

6. I understand that the Court has before it a copy of the minutes of that shareholders meeting.

7. As those minutes state, it was the Company that took the shares from the Defendant.

8. I did not take the shares, nor were any of those shares transferred to me after being withdrawn from the Defendant. I never received any interest in, possession of, or custody or control of the ownership shares previously owned by the Defendant and withdrawn by the Company.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2019.

_____
Dr. Herbert Rebmann