UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN LECITHIN COMPANY,
LIPOID GmbH, LIPOID, LLC, and
PHOSPHOLIPID GmbH,

                              Plaintiffs,

-v-

CARSTEN MATTHIAS REBMANN,

                              Defendant and
                              Third-Party Plaintiff,

-v-

HERBERT REBMANN, LIPOID STIFTUNG, LIPOID
BETEILIGUNGS GmbH, LIPOID VERWALTUNGS AG,
LIPOID GRUNDSTUECKS GmbH, and PHOSPHOLIPID
FORSCHUNGSZENTRUM e.V.,

                              Third-Party Defendants.

---

**Case No. 12-cv-00929-VSB**

**Document Electronically Filed**

**NOTICE OF MOTION BY
DEFENDANT FOR SUMMARY
JUDGMENT DISMISSING
AMENDED COMPLAINT**

---

**PLEASE TAKE NOTICE** that, upon the Amended Complaint, dated April 9, 2012, and

the Second Amended Answer, Counterclaims and Third-Party Claims, dated May 15, 2015,

previously filed in this action, and the accompanying Affirmation of Samuel Goldman, dated March

1, 2019 and  the exhibits thereto, the accompanying Statement Pursuant to Local Rule 56.1, the

accompanying memorandum of law, and all prior pleadings, papers and proceedings heretofore had

herein, the undersigned hereby moves this Court before the Honorable Vernon S. Broderick,

U.S.D.J., in Courtroom 518 at the United States District Case 1:12-cv-00929-VSB-KNF Document

270 Filed 03/01/19 Page 1 of 3 2 Courthouse, 40 Foley Square, New York, New York 10007 for an

order (a) pursuant to Fed. R. Civ. P. 56 granting Summary Judgment to Defendant Carsten Matthias

Rebmann ("Matthias") dismissing Plaintiffs' amended complaint with prejudice, and granting

Matthias such other and further relief as this Court may deem just and proper. In the alternative,

granting Matthias an order in the Court's exercise of its equitable powers, directing Plaintiffs to

accept the Domain Names which are the subject of this action and reimbursing Matthias for the

expenses he incurred in registering and maintaining these Domain Names; and

Granting such other and further relief as to the Court seems just and proper.

Date: March 21, 2014

                                      Respectfully submitted,

                                      SAMUEL GOLDMAN & ASSOCIATES

                                      Samuel Goldman
                                      200 Park Avenue, Suite 1700
                                      New York, New York, 10166
                                      Tel. (212) 725-1400
                                      Fax. (212) 725-0805
                                      Email: sg@sgalaw.com
                                      *Attorneys for Defendant and*
                                      *Third-Party Plaintiff*

To:    Gregory F. Hauser Sherica
       R. Bryan Wuersch &
       Gering LLP
       100 Wall Street, 10th Floor
       New York, New York 10005
       Tel: (212) 509-5050
       Fax: (212) 509-9559
       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Samuel Goldman, am an attorney at Samuel Goldman & Associates and am counsel for the Defendant and Third-Party Plaintiff, in the above-captioned proceeding. I hereby certify that on March 1, 2019, I caused the foregoing Notice of Motion for Partial Summary Judgement to be served electronically via the United States District Court, Southern District of New York Court's ECF system upon those parties entitled to receive electronic notice.

Samuel Goldman