UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN LECITHIN COMPANY, LIPOID GmbH, LIPOID, LLC, and PHOSPHOLIPID GmbH, <br><br> Plaintiffs, <br><br> -v- <br><br> CARSTEN MATTHIAS REBMANN, <br><br> Defendant and Third-Party Plaintiff, <br><br> -v- <br><br> HERBERT REBMANN, LIPOID STIFTUNG, LIPOID BETEILIGUNGS GmbH, LIPOID VERWALTUNGS AG, LIPOID GRUNDSTUECKS GmbH, and PHOSPHOLIPID FORSCHUNGSZENTRUM e.V., <br><br> Third-Party Defendants. | Case No. 12-cv-00929-VSB <br><br> **Document Electronically Filed** |

**SAMUEL GOLDMAN**, an attorney duly admitted to the practice of law before the Courts of the State of New York, hereby affirms under penalty of perjury:

1. I am a principal of Samuel Goldman & Associates ("SG&A"), counsel to Defendant and Third-Party Plaintiff Carsten Matthias Rebmann in this action. I respectfully submit this Affirmation in support of Defendant's Motion for Summary Judgment Dismissing Plaintiffs' Amended Complaint.

2. Annexed hereto are true and correct copies of the following documents:

| Exhibit | Document |
|---|---|
| 1 | Amended Complaint |
| 2 | Transcript of Deposition of Third-Party Defendant Dr. Herbert Rebmann held on April |

|    |                                                                                                                                   |
|----|-----------------------------------------------------------------------------------------------------------------------------------|
|    | 19, 2015                                                                                                                          |
| 3  | Transcript of Deposition of Defendant Carsten Matthias Rebmann held on July 19, 2012                                              |
| 4  | Email dated April 14, 2007 between Carsten Matthias Rebmann, Andreas Kolodziej and Bruce Baretz                                   |
| 5  | Transcript of Deposition of Plaintiff Lipoid, LLC, by Bruce Baretz held on April 5, 2016                                          |
| 6  | Email dated April 2, 2008 between support@all-inkl.com, Andreas Kolodziej and Carsten Matthias Rebmann                            |
| 7  | Email string beginning on May 26, 2011 between Carsten Matthias Rebmann, Gerald Hommel and Andreas Kolodziej                      |
| 8  | Email dated August 17, 2011 from Carsten Matthias Rebmann to Herbert Rebmann                                                      |
| 9  | Email dated September 1, 2011 from Carsten Matthias Rebmann to Herbert Rebmann and Bruce Baretz                                   |
| 10 | Letter dated August 25, 2011 from Herbert Rebmann to Carsten Matthias Rebmann                                                     |
| 11 | Print out of Americanlecithin.us registration information                                                                         |
| 12 | Transcript of Deposition of American Lecithin Company, by Randall E. Zigmont dated March 30, 2016                                 |
| 13 | Email dated August 25, 2011 between Linna Wang and Bruce Baretz                                                                   |
| 14 | November 7, 2011 Wuersch & Gering LLP letter to Carsten Matthias Rebmann                                                          |
| 15 | December 16, 2011 Wuersch & Gering LLP letter to Carsten Matthias Rebmann                                                         |
| 16 | Letter dated March 21, 2012 from Mark D. Giarratana to Gregory F. Hauser                                                          |
| 17 | Letter dated June 15, 2012 from Mark D. Giarratana to Gregory F. Hauser                                                           |

| 18 | Email string beginning on June 14, 2012 between Mark D. Giarratana, Gregory F. Hauser, Elizabeth Smith and Carsten Matthias Rebmann |
| --- | --- |
| 19 | Defendant's Offer of Judgement Pursuant to Rule 68 dated July 19, 2012 |
| 20 | Operating Agreement of Lipoid, LLC |
| 21 | Certificate of Authority of Lipoid, LLC |
| 22 | Copy of Check for $500 in payment for laptop and data, with Note to File |

Dated: March 1, 2019
    New York, New York

*Samuel Goldman*

## **CERTIFICATE OF SERVICE**

I, Samuel Goldman, am an attorney at Samuel Goldman & Associates and am counsel for the Defendant and Third-Party Plaintiff, in the above-captioned proceeding. I hereby certify that on March 1, 2019, I caused the foregoing Affirmation to be served electronically via the United States District Court, Southern District of New York Court's ECF system upon those parties entitled to receive electronic notice.

Samuel Goldman