UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
AMERICAN LECITHIN COMPANY,
LIPOID GmbH, LIPOID LLC, and
PHOSPHOLIPID GmbH,

                Plaintiffs,                Case No. 12-cv-00929-VSB-KNF

-against-


CARSTEN MATTHIAS REBMANN,

                Defendant, Counterclaim
                and Third-Party Claim
                Plaintiff,

-against-

HERBERT REBMANN, LIPOID STIFTUNG,
LIPOID BETEILIGUNGS GmbH, LIPOID
VERWALTUNGS AG, LIPOID GRUNDSTUECKS
GmbH, and PHOSPOLIPID FORSCHUNGSZENTRUM
e.V.

                Third-Party Defendants.
--------------------------------------------------------x

## DECLARATION OF GREGORY F. HAUSER IN OPPOSTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

GREGORY F. HAUSER declares as follows:

    1.    I am an attorney admitted to practice law before this Court and represent the Plaintiffs and the remaining Third-Party Defendant Herbert Rebmann in this action.

    2.    I make this declaration in opposition to Defendant's Motion for Summary Judgment.

    3.    Attached to my declaration as Exhibit A is a true copy of Defendant's Interrogatory Answers to Plaintiffs' First Set of Interrogatories.

1

4.      Attached to my declaration as Exhibits B through I are true copies of trademark registrations retrieved on March 26, 2019, from the website of the U.S. Patent and Trademark Office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2019

_____
Gregory F. Hauser

## **CERTIFICATE OF SERVICE**

    I am an attorney at Wuersch & Gering LLP, counsel for Plaintiffs and Third-Party Defendants, in the above-captioned proceeding. I hereby certify that on March 29, 2019, I caused the foregoing to be served electronically via the United States District Court, Southern District of New York Court's ECF system upon those parties entitled to receive electronic notice.

_____
Gregory F. Hauser