

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 26 05:21:02 EDT 2019

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# ALCOLEC

| | |
|---|---|
| **Word Mark** | ALCOLEC |
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: Concentrate comprising lecithin and related phosphatides in an edible carrier of fatty oil such as cocoa butter, for use as a food ingredient in shortening, chocolate, ice cream, or other foods. FIRST USE: 19440301. FIRST USE IN COMMERCE: 19440301 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77068143 |
| **Filing Date** | December 20, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 17, 2007 |
| **Registration Number** | 3301136 |
| **Registration Date** | October 2, 2007 |
| **Owner** | (REGISTRANT) American Lecithin Company CORPORATION DELAWARE Unit 2B 115 Hurley Road Oxford CONNECTICUT 06478 |
| **Attorney of Record** | William B. Slate |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170626. |
| **Renewal** | 1ST RENEWAL 20170626 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY