

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 26 05:21:02 EDT 2019

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# AMERICAN LECITHIN

| | |
|---|---|
| **Word Mark** | AMERICAN LECITHIN |
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: Lecithin and phospholipids for use as a technological and physiological additive in the manufacture of medicines, cosmetics, beverages, food and dietetic food, said lecithin and phospholipids being in the nature of phosphatidyl choline, phosphatidyl ethanolamine, phosphatidyl glycerol, phosphatidyl serine, phosphatidyl inositol, lysophosphatidyl choline, lysophosphatidyl ethanolamine, lysophosphatidyl glycerol, phosphatidic acid, lysophosphatidic acid and compositions thereof. FIRST USE: 19290000. FIRST USE IN COMMERCE: 19290000<br><br>IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplements manufactured of lecithin and phospholipids, such lecithin and phospholipids being in the nature of phosphatidyl choline, phosphatidyl ethanolamine, phosphatidyl glycerol, phosphatidyl serine, phosphatidyl inositol, lysophosphatidyl choline, lysophosphatidyl ethanolamine, lysophosphatidyl glycerol, phosphatidic acid, lysophosphatidic acid and compositions thereof. FIRST USE: 19290000. FIRST USE IN COMMERCE: 19290000<br><br>IC 035. US 100 101 102. G & S: promoting and marketing lecithin and phospholipids for the benefit of others; wholesale distributorship featuring lecithin and phospolipids. FIRST USE: 19290000. FIRST USE IN COMMERCE: 19290000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77214420 |
| **Filing Date** | June 25, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 22, 2009 |

| | |
|---|---|
| Registration Number | 3756437 |
| Registration Date | March 9, 2010 |
| Owner | (REGISTRANT) American Lecithin Company CORPORATION CONNECTICUT 115 Hurley Road, Unit 2B Oxford CONNECTICUT 06478 |
| Attorney of Record | Paolo A. Strino |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LECITHIN" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL-2(F) |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY