
**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 26 05:21:02 EDT 2019

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

### Cerasome

| | |
|---|---|
| **Word Mark** | CERASOME |
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: Antioxidants and proteins for use in the manufacture of pharmaceuticals, cosmetics, beverages, food products and nutritional supplements; emulsifiers for use in the manufacture of pharmaceuticals, cosmetics, food products and nutritional supplements. FIRST USE: 20050401. FIRST USE IN COMMERCE: 20050401 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77691296 |
| **Filing Date** | March 15, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 23, 2010 |
| **Registration Number** | 3798278 |
| **Registration Date** | June 8, 2010 |
| **Owner** | (REGISTRANT) Lipoid LLC CORPORATION NEW JERSEY 744 Broad Street, Suite 1801 Newark NEW JERSEY 07102 |
| **Attorney of Record** | William F. Herbert |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |