

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 26 05:21:02 EDT 2019

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

**LIPOID**

| | |
|---|---|
| **Word Mark** | LIPOID |
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: LECITHIN FOR USE AS A TECHNOLOGY AND PHYSIOLOGICAL ADDITIVE IN THE MANUFACTURE OF MEDICINES, COSMETICS AND BEVERAGES, SAID LECITHIN BEING IN THE NATURE OF PHOSPHATIDYL CHOLINE, PHOSPHATIDYL ETHANOLAMINE, PHOSPHATIDYL GLYCEROL, PHOSPHATIDYL SERINE, PHOSPHATIDYL INOSITOL, LYSOPHOSPHATIDYL CHOLINE, LYSOPHOSPHATIDYL ETHANOLAMINE, LYSOPHOSPHATIDYL GLYCEROL, PHOSPHATIDIC ACID, LYSOPHOPSHATIDIC ACID AND COMPOSITIONS THEREOF. FIRST USE: 19780000. FIRST USE IN COMMERCE: 19830000<br><br>IC 005. US 006 018 044 046 051 052. G & S: LECITHIN FOR USE AS A TECHNOLOGICAL AND PHYSIOLOGICAL NUTRITIONAL ADDITIVE FOR FOOD AND DIETETIC FOOD, SAID LECITHIN BEING IN THE NATURE OF PHOSPHATIDYL CHOLINE, PHOSPHATIDYL ETHANOLAMINE, PHOSPHATIDYL GLYCEROL, PHOSPHATIDYL SERINE, PHOSPHATIDYL INOSITOL, LYSOPHOSPHATIDYL CHOLINE, LYSOPHOPHATIDYL ETHANOLAMINE, LYSOPHOSPHATIDYL GLYCEROL, PHOSPHATIDIC ACID, LYSOPHOPSHATIDIC ACID AND COMPOSITIONS THEREOF. FIRST USE: 19780000. FIRST USE IN COMMERCE: 19830000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76665044 |
| **Filing Date** | August 23, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 26, 2007 |
| **Registration Number** | 3289399 |
| **Registration Date** | September 11, 2007 |
| **Owner** | (REGISTRANT) LIPOID GmbH LIMITED LIABILITY COMPANY FED REP GERMANY Frigenstrasse 4 D-67065 Ludwigshafen FED REP GERMANY |
| **Attorney of Record** | Henry B. Ward, III |

| | |
|---|---|
| **Prior Registrations** | 2420162 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20171001. |
| **Renewal** | 1ST RENEWAL 20171001 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY