

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 26 05:21:02 EDT 2019

Logout    Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

# NANOSOLVE

| | |
|---|---|
| Word Mark | NANOSOLVE |
| Goods and Services | IC 001. US 001 005 006 010 026 046. G & S: Chemicals used in industry, namely, additives for products in the food, pharmaceutical and cosmetics industries, all of which are either for human consumption or topical application, in particular, mixtures and solutions of phospholipids, polyols, carbohydrates and lipids. FIRST USE: 20041107. FIRST USE IN COMMERCE: 20041107<br><br>(CANCELLED) IC 003. US 001 004 006 050 051 052. G & S: [ Cosmetics ]. FIRST USE: 20030825. FIRST USE IN COMMERCE: 20030825<br><br>(CANCELLED) IC 005. US 006 018 044 046 051 052. G & S: [ Pharmaceutical products, namely, drug delivery agents consisting of compounds that facilitate delivery of a wide range of pharmaceuticals; food supplements for medical purposes; food supplements, not for medical purposes ]. FIRST USE: 20040927. FIRST USE IN COMMERCE: 20040927 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77264631 |
| Filing Date | August 27, 2007 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | March 3, 2009 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration | 3621434 |

| | |
|---|---|
| Number | |
| Registration Date | May 19, 2009 |
| Owner | (REGISTRANT) Lipoid GmbH CORPORATION FED REP GERMANY Frigenstr. 4 Ludwigshafen FED REP GERMANY D67065 |
| Attorney of Record | Paolo A. Strino |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | PARTIAL SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY