
United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 26 05:21:02 EDT 2019

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Phosal

| | |
|---|---|
| **Word Mark** | PHOSAL |
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: Industrial chemical products, namely, lecithins used in the manufacture of cosmetic, pharmaceutical and dietetic products as well as for use in the manufacture of foodstuffs and animal foodstuffs for general use as solubilizer dispersing agents and emulsifiers for lipophilic substances, namely, as additives in food liquors, coloring substances, printing colors, paints, coatings, lubricants, and corrosion protective coatings as well as release agents and lubricating oils. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76498180 |
| **Filing Date** | March 14, 2003 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 15, 2004 |
| **Registration Number** | 2880858 |
| **Registration Date** | September 7, 2004 |
| **Owner** | (REGISTRANT) Phospholipid GmbH LIMITED LIABILITY COMPANY FED REP GERMANY Nattermannallee 1 50829 Cologne FED REP GERMANY |
| **Attorney of Record** | Donald L. Dennison, Esq. |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of** | TRADEMARK |

| | |
|---|---|
| **Mark** | |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140902. |
| **Renewal** | 1ST RENEWAL 20140902 |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY