
United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 26 05:21:02 EDT 2019

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# PHOSPHOLIPON

| | |
|---|---|
| **Word Mark** | PHOSPHOLIPON |
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: Lecithins for use in the production of cosmetic, pharmaceutical and dietetic products. FIRST USE: 19800000. FIRST USE IN COMMERCE: 19800000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76495323 |
| **Filing Date** | March 5, 2003 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 24, 2004 |
| **Registration Number** | 2902741 |
| **Registration Date** | November 16, 2004 |
| **Owner** | (REGISTRANT) Phospholipid GmbH LIMITED LIABILITY COMPANY FED REP GERMANY Nattermannallee 1 50829 Cologne FED REP GERMANY |
| **Attorney of Record** | Donald L. Dennison |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20141119. |
| **Renewal** | 1ST RENEWAL 20141119 |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

3/26/2019 Case 1:12-cv-00929-VSB-KNF Document 287-8 Filed 03/29/19 Page 2 of 2
Trademark Electronic Search System (TESS)

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY