
United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 26 05:21:02 EDT 2019

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# Phytosolve

| | |
|---|---|
| **Word Mark** | PHYTOSOLVE |
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: Natural and synthetic lecithin, phospholipid and phospholipid compound additives for use in the pharmaceutical manufacturing industry in liposomes, mixed micelles, parenteral fat emulsions, suspensions, vaccines, aerosols, suppositories, soft gelatin capsules, gels and ointments, and in the food manufacturing industry for use in dietetic products, namely powders for weight reduction and sports nutrition, and in the cosmetic manufacturing industry for use in emulsifiers, solubilizers, refattening ingredients, liposomes, and as active ingredients in hair and skin care products |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 79006800 |
| **Filing Date** | July 23, 2004 |
| **Current Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | November 8, 2005 |
| **Registration Number** | 3055674 |
| **International Registration Number** | 0837326 |
| **Registration Date** | January 31, 2006 |
| **Owner** | (REGISTRANT) Lipoid GmbH LIMITED LIABILITY COMPANY FED REP GERMANY Frigenstraße 4 Ludwigshafen FED REP GERMANY D67065 |
| **Attorney of** | William F. Herbert |

| | |
|---|---|
| Record | |
| Priority Date | February 9, 2004 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECTION 71. SECTION 71 |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY