```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
AMERICAN LECITHIN COMPANY,                               :
LIPOID GmbH, LIPOID LLC, and                             :
PHOSPHOLIPID GmbH,                                       :
                                                         :
                          Plaintiffs,                    :
                                                         :
           - against -                                   :   12-CV-929 (VSB)
                                                         :
CARSTEN MATTHIAS REBMANN,                                :   ORDER
                                                         :
                          Defendant and                  :
                          Third-Party                    :
                          Plaintiff,                     :
                                                         :
           - against –                                   :
                                                         :
HERBERT REBMANN, LIPOID STIFTUNG,                        :
LIPOID BETEILGUNGS GmbH, LIPOID                          :
VERWALTUNGS AG, LIPOID                                   :
GRUNDSTUECKS GmbH, and                                   :
PHOSPHOLIPID FORSCHUNGSZENTRUM                           :
e.V.,                                                    :
                                                         :
                          Third-Party                    :
                          Defendants.                    :
                                                         :
                                                         :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2020

VERNON S. BRODERICK, United States District Judge:

The parties in this matter were directed to appear before me for a telephonic post-discovery conference on September 3, 2020 at 11:00 a.m. The conference did not proceed as scheduled. It is hereby:

ORDERED the parties are directed to appear for a rescheduled telephonic post-discovery conference on September 11, 2020, at 2:00 p.m. The parties shall enter the conference by dialing 1-888-363-4749 and entering access code 2682448.

SO ORDERED.

Dated: September 9, 2020
      New York, New York

_____
Vernon S. Broderick
United States District Judge