```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMERICAN LECITHIN COMPANY,                                  :
LIPOID GmbH, LIPOID LLC, and                                :
PHOSPHOLIPID GmbH,                                          :
                                                            :      12-CV-929 (VSB)
                                    Plaintiffs,             :
                                                            :         ORDER
            - against -                                     :
                                                            :
CARSTEN MATTHIAS REBMANN,                                   :
                                                            :
                        Defendant;                          :
                        Counterclaim                        :
                        and Third-Party                     :
                        Plaintiff,                          :
                                                            :
            - against –                                     :
                                                            :
HERBERT REBMANN, LIPOID                                     :
GRUNDSTUECKS GmbH, LIPOID                                   :
VERWALTUNGS, GmbH, LIPOID AG, and                           :
COMPLECTOR AG,                                              :
                                                            :
                        Third-Party                         :
                        Defendants.                         :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Within thirty days of entry of this order, the parties shall file a joint letter informing me as to the status of this action. In particular, the parties should inform me whether discovery is still ongoing, and if so, they must explain (1) why the parties have been unable to complete discovery; (2) what discovery remains outstanding; and (3) how much time the parties anticipate needing to complete discovery. In addition, if discovery is still ongoing, the parties must file with their letter a proposed amended case management plan.

2

SO ORDERED.

Dated: February 3, 2022
      New York, New York

Vernon S. Broderick
United States District Judge