UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
AMERICAN LECITHIN COMPANY, :
LIPOID GmbH, LIPOID LLC, and :
PHOSPHOLIPID GmbH, :
: 12-CV-929 (VSB)
Plaintiffs, :
: ORDER
- against - :
:
CARSTEN MATTHIAS REBMANN, :
:
Defendant; :
Counterclaim :
and Third-Party :
Plaintiff, :
:
- against – :
:
HERBERT REBMANN, LIPOID :
GRUNDSTUECKS GmbH, LIPOID :
VERWALTUNGS, GmbH, LIPOID AG, and :
COMPLECTOR AG, :
:
Third-Party :
Defendants. :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

As stated in today's hearing, this action is hereby STAYED for 60 days so that Defendant Carsten Matthias Rebmann ("Matthias") may retain new counsel; Matthias' current counsel's application to withdraw as counsel in this action, (Doc. 303), is GRANTED; and I will hold another conference on July 13, 2022 at 2 p.m. using the dial-in 888-363-4749 and the access code 2682448.

SO ORDERED.

Dated: May 10, 2022
        New York, New York

                                            Vernon S. Broderick
                                            United States District Judge