UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
AMERICAN LECITHIN COMPANY, :
LIPOID GmbH, LIPOID LLC, and :
PHOSPHOLIPID GmbH, :
: 12-CV-929 (VSB)
Plaintiffs, :
: ORDER
- against - :
:
CARSTEN MATTHIAS REBMANN, :
:
Defendant; :
Counterclaim :
and Third-Party :
Plaintiff, :
:
- against – :
:
HERBERT REBMANN, LIPOID :
GRUNDSTUECKS GmbH, LIPOID :
VERWALTUNGS, GmbH, LIPOID AG, and :
COMPLECTOR AG, :
:
Third-Party :
Defendants. :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On July 13, 2022, I held a conference in this matter, as I indicated I would in my May 10, 2022 Order. (Doc. 305.) Defendant Carsten Matthias Rebmann ("Carsten") did not appear, either individually or through counsel, and his previous counsel already withdrew from this action. At this point, Carsten is unrepresented in this action. Counsel for Plaintiffs indicated that there is still outstanding discovery to be completed, and that had not had any contact with Carsten or anyone representing Carsten since the conference I held on May 10, 2022.

In light of this, it is ORDERED that I will hold another conference in this matter on

August 10, 2022, at 1 pm.  Carsten must appear, either on his own behalf or through new counsel.  If Carsten does not appear, I may grant default judgment against him as to all matters, and I may dismiss his counterclaims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this order to Carsten using the address for him on the docket, as well as to mail a copy to his former counsel, Samuel Goldman, at Mr. Goldman's address on the docket.  Mr. Goldman should forward his copy of the order to Carsten if he can.

SO ORDERED.

Dated: July 13, 2022
      New York, New York

                                          Vernon S. Broderick
                                          United States District Judge