```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMERICAN LECITHIN COMPANY,                                  :
LIPOID GmbH, LIPOID LLC, and                                :
PHOSPHOLIPID GmbH,                                          :
                                                            :
                                                            :            12-CV-929 (VSB)
                              Plaintiffs,                   :
                                                            :                ORDER
               - against -                                  :
                                                            :
CARSTEN MATTHIAS REBMANN,                                   :
                                                            :
                              Defendant;                    :
                              Counterclaim                  :
                              and Third-Party               :
                              Plaintiff,                    :
                                                            :
               - against –                                  :
                                                            :
HERBERT REBMANN, LIPOID                                     :
GRUNDSTUECKS GmbH, LIPOID                                   :
VERWALTUNGS, GmbH, LIPOID AG, and                           :
COMPLECTOR AG,                                              :
                                                            :
                              Third-Party                   :
                              Defendants.                   :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

This order shall memorialize an email communication between my chambers and both parties. After attempting to get in touch with the pro se office, Defendant emailed chambers on August 9, 2022, asking whether he could join the conference scheduled for August 10, 2022, via telephone. In addition, Defendant's email indicated that part of his delay in responding to the Court's orders is because he has a new address. Accordingly, it is hereby:

ORDERED that the conference scheduled for August 10, 2022, at 1:00PM is being held via telephone, using the dial-in 888-363-4749 and access code 2682448.

2

      IT IS FURTHER ORDERED THAT the Defendant update his address on the docket to reflect his most current address.

      The Clerk of the Court is respectfully directed to mail a copy of this order to the Defendant at 8 Hyman Ostrow Circle, Highland Mills, New York, 10930.

SO ORDERED.

Dated: August 10, 2022
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge