UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN LECITHIN COMPANY et al.,

                      Plaintiffs,

    - against –

CARSTEN MATTHIAS REBMANN,

                      Defendant,
                      Counterclaim and
                      Third-Party Claim
                      Plaintiff,

HERBERT REBMANN et al.,

                      Third-Party
                      Defendants

**<u>ORDER</u>**
12-CV-929 (VSB)

VERNON S. BRODERICK, United States District Judge:

On August 10, 2022, I held a conference in this case. In accordance with my comments during the conference, it is hereby:

ORDERED that the Defendant obtain the necessary documents previously in the possession of his prior counsel, Samuel Goldman.

IT IS FURTHER ORDERED that the parties reconvene via telephone on September 15, 2022, at 1:00PM, using the dial in 888-363-4749 and access code 2682448, to confirm the Defendant's receipt of the documents previously in Mr. Goldman's possession, and to discuss any efforts taken by the Defendant to secure representation.

The Clerk of the Court is respectfully directed to mail a copy of this order to the Defendant at 8 Hyman Ostrow Circle, Highland Mills, New York, 10930. Defendant is reminded that it is his responsibility to update his address with the pro se office.

SO ORDERED.

Dated: August 12, 2022
        New York, New York

_____
Vernon S. Broderick
United States District Judge