UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN LECITHIN COMPANY et al., <br><br> Plaintiffs, <br><br> - against – <br><br> CARSTEN MATTHIAS REBMANN, <br><br> Defendant, <br> Counterclaim and <br> Third-Party Claim <br> Plaintiff, <br><br> HERBERT REBMANN et al., <br><br> Third-Party <br> Defendants | **ORDER** <br> 12-CV-929 (VSB) |

<u>VERNON S. BRODERICK</u>, United States District Judge:

On October 7, 2022, I held a conference in this case. Defendant Carsten Matthias Rebmann, ("Defendant"), indicated that he was in contact with potential new counsel and anticipated finalizing his representation shortly after the conference. In accordance with my comments during the conference, it is hereby:

ORDERED that the parties reconvene via telephone on November 18, 2022, at 12:30 PM, using the dial in 888-363-4749 and access code 2682448. Should Defendant's new counsel file a notice of appearance and the parties wish to convene prior to the scheduled conference, the parties are directed to file a letter indicting that they wish to reconvene before November 18, 2022.

IT IS FURTHER ORDERED that this matter is adjourned until the conference scheduled for November 18, 2022 to allow Defendant time to retain counsel and for new counsel to file a

notice of appearance on the docket.  Should Defendant's new counsel file a notice of appearance prior to the end of the conference, the parties are free to move forward on any outstanding issues.

    The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Defendant at 8 Hyman Ostrow Circle, Highland Mills, New York, 10930.

SO ORDERED.

Dated: November 8, 2022
       New York, New York

_____
Vernon S. Broderick
United States District Judge