UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   :
AMERICAN LECITHIN COMPANY,   :
LIPOID GmbH, LIPOID LLC, and   :
PHOSPHOLIPID GmbH,   :
   :       12-CV-929 (VSB)
                   Plaintiffs,   :
   :        ORDER
      - against -   :
   :
CARSTEN MATTHIAS REBMANN,   :
   :
                   Defendant;   :
                   Counterclaim   :
                   and Third-Party   :
                   Plaintiff,   :
   :
      - against –   :
   :
HERBERT REBMANN, LIPOID   :
GRUNDSTUECKS GmbH, LIPOID   :
VERWALTUNGS, GmbH, LIPOID AG, and   :
COMPLECTOR AG,   :
   :
                   Third-Party   :
                   Defendants.   :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiffs/Third-Party Defendant's letter dated March 20, 2023. (Doc. 321.) The letter, filed under seal in response to my Order dated January 31, 2023, (Doc. 317), addresses questions related to Dr. Rebmann's health, ability to travel, and vaccination status. Accordingly, it is hereby

      ORDERED that the deposition of Dr. Rebmann will take place remotely.

      IT IS FURTHER ORDERED that the parties meet and confer regarding a protocol for the remote deposition, including designation of the associated costs. The parties shall submit a

proposed remote deposition protocol by April 5, 2023.

    SO ORDERED.

Dated:  March 22, 2023
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge