UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

AMERICAN LECITHIN CO., LIPOID GmbH, LIPOID LLC, *and* PHOSPHOLIPID GmbH,

      Plaintiffs,

  -against-

CARSTEN MATTHIAS REBMANN,

      Defendant;
      Counterclaim and
      Third-Party Plaintiff,

  -against-

HERBERT REBMANN, LIPOID GRUNDSTUECKS GmbH, LIPOID VERWALTUNGS, GmbH, LIPOID AG, *and* COMPLECTOR AG,

      Third-Party
      Defendants.

------------------------------------------------------------------X

**ORDER**

**12-CV-929 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

  On April 11, 2023, the Parties filed a letter regarding certain discovery issues in this case. Dkt. No. 325. A conference is scheduled to address this matter for **May 24, 2023**, at **2:00 PM**. The conference will be held in Courtroom 228, 40 Foley Square, New York, New York.

  SO ORDERED.

DATED: New York, New York
    April 13, 2023

*/s/ Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge