**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
AMERICAN LECITHIN CO., LIPOID GmbH,
LIPOID LLC, *and* PHOSPHOLIPID GmbH,

Plaintiffs,

**ORDER**

**12-CV-929 (VSB) (JW)**

-against-

CARSTEN MATTHIAS REBMANN,

Defendant;
Counterclaim and
Third-Party Plaintiff,

-against-

HERBERT REBMANN, LIPOID
GRUNDSTUECKS GmbH, LIPOID
VERWALTUNGS, GmbH, LIPOID AG, *and*
COMPLECTOR AG,

Third-Party
Defendants.
----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of a letter filed by defendant and counter-plaintiff Carsten Matthias Rebmann ("Matthias") requesting sanctions for third-party defendant Herbert Rebmann refusing to sit for deposition. Dkt. No. 333. Opposing counsel has until close of business (5:00pm EST) on Monday, June 26, 2023 to respond via ECF by letter submission to the Court. The Court further notes that Matthias' obligation as a party to be deposed is not dependent on compliance by another party.

SO ORDERED.

DATED:      New York, New York
            June 22, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge