**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AMERICAN LECITHIN CO., LIPOID GmbH,
LIPOID LLC, *and* PHOSPHOLIPID GmbH,

                        Plaintiffs,

          -against-

CARSTEN MATTHIAS REBMANN,

                  Defendant;
                  Counterclaim and
                  Third-Party Plaintiff,

          -against-

HERBERT REBMANN, LIPOID
GRUNDSTUECKS GmbH, LIPOID
VERWALTUNGS, GmbH, LIPOID AG, *and*
COMPLECTOR AG,

                  Third-Party
                  Defendants.
-----------------------------------------------------------------X

                                  **ORDER**

                           **12-CV-929 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On June 26, 2023, the Parties filed letters regarding the deposition of Herbert Rebmann.  Dkt. Nos. 335-337.  Herbert Rebmann is hereby ordered to appear and sit for a virtual deposition on **July 24, 2023**.  The parties are directed to meet and confer about a mutually convenient time for deposition and file a joint status update letter by **July 17, 2023**, notifying the Court of the agreed upon time.  The Court will **not** permit the deposition to be rescheduled unless both parties write jointly with a mutually agreeable date and time by **July 17, 2023**.  Finally, the parties are directed

to file a joint status update by **July 25, 2023**, advising the Court of the status of the court ordered deposition.

      If Mr. Herbert Rebmann fails to respond or appear for the scheduled deposition, the Court may entertain sanctions, including but not limited to adverse inference.  Further, the Court may order that Mr. Herbert Rebmann compensate Mr. Carsten Matthias Rebmann for any damages resulting from noncompliance.  Any potential sanctions can be avoided by complying with the Court's order and sitting for the scheduled deposition.

      SO ORDERED.

DATED:     New York, New York
           June 27, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge