UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMERICAN LECITHIN CO., LIPOID GmbH,
LIPOID LLC, *and* PHOSPHOLIPID GmbH,

                Plaintiffs,

       -against-

CARSTEN MATTHIAS REBMANN,

                Defendant;
                Counterclaim and
                Third-Party Plaintiff,

       -against-

HERBERT REBMANN, LIPOID
GRUNDSTUECKS GmbH, LIPOID
VERWALTUNGS, GmbH, LIPOID AG, *and*
COMPLECTOR AG,

                Third-Party
                Defendants.
------------------------------------------------------------------X

**ORDER**

**12-CV-929 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

     On July 11, 2023, Third-Party Defendants' counsel wrote to request that the ordered deposition of Third-Party Defendant Herbert Rebmann be held subject to any need for a continued date.  Dkt. No. 343.  Defendant and Third-Party Plaintiff wrote to oppose the request as premature.  Dkt. No. 344.  The Court may extend the presumptive 7-hour deposition limit in Rule 30(d) for good cause.  Margel v. E.G.L. Gem Lab Ltd., No. 04-CV-1514 (PAC), 2008 WL 2224288, at *8 (S.D.N.Y. May 29, 2008).  However, as the deposition has not yet occurred, the Court is unable to make a determination about the scope of the enlargement needed.

Therefore, the request is DENIED as it is premature. Third-Party Defendants' counsel may write to renew the request after the scheduled deposition has occurred. However, before writing to the Court, the parties are directed to meet and confer about the need for an enlargement of the deposition and the proposed scope of the enlargement.

Further, on May 10, 2022, the Court granted a sixty-day stay in this action so that Defendant Carsten "Matthias" Rebmann could obtain new counsel. Dkt. No. 305. As the sixty-days have expired and Matthias has new counsel, Dkt. No. 313, the stay should be lifted.

The Clerk of the Court is respectfully requested to close the motion at Dkt. No. 343 and lift the stay on this case.

SO ORDERED.

DATED:   New York, New York
         July 12, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge