UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMERICAN LECITHIN CO., LIPOID GmbH,
LIPOID LLC, *and* PHOSPHOLIPID GmbH,

                Plaintiffs,

    -against-

CARSTEN MATTHIAS REBMANN,

                Defendant;
                Counterclaim and
                Third-Party Plaintiff,

    -against-

HERBERT REBMANN, LIPOID
GRUNDSTUECKS GmbH, LIPOID
VERWALTUNGS, GmbH, LIPOID AG, *and*
COMPLECTOR AG,

                Third-Party
                Defendants.
------------------------------------------------------------------X

**ORDER**

**12-cv-929 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Defendant/Third-Party Plaintiff's Motion for discovery at Dkt. No. 348 is DENIED. The request for conference is also DENIED. Plaintiffs are directed to produce the relevant tax related emails by **September 1, 2023**. Defendant/Third-Party Plaintiff should follow the procedures set forth in the Stipulation and Protective Order at Dkt. No. 299 to make any objections related to confidentiality designations. The Clerk of the Court is respectfully requested to close the motion at Dkt. No. 348.

SO ORDERED.

DATED:   New York, New York
         August 25, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge