UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMERICAN LECITHIN CO., LIPOID GmbH,
LIPOID LLC, *and* PHOSPHOLIPID GmbH,

                    Plaintiffs,

      -against-

CARSTEN MATTHIAS REBMANN,

                    Defendant;
                    Counterclaim and
                    Third-Party Plaintiff,

      -against-

HERBERT REBMANN, LIPOID
GRUNDSTUECKS GmbH, LIPOID
VERWALTUNGS, GmbH, LIPOID AG, *and*
COMPLECTOR AG,

                    Third-Party
                    Defendants.
------------------------------------------------------------------X

**ORDER**

**12-cv-929 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties are directed to file a status report letter on any outstanding discovery disputes by **September 28, 2023**. This case has been pending for over a decade. Barring any live disputes, and absent extraordinary circumstances, all discovery in this case will end on **September 28, 2023**.

      SO ORDERED.

DATED:    New York, New York
               September 21, 2023

                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge