UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                              :
AMERICAN LECITHIN COMPANY, *et al.*,  :
                                                              :
               Plaintiffs,                 :
                                                               :                12-CV-929 (VSB) (JW)
              - against -                 :
                                                                :                       ORDER
CARSTEN MATTHIAS REBMANN,           :
                                                               :
               Defendant and        :
               Third-Party Plaintiff,  :
                                                               :
              - against –                 :
                                                                :
HERBERT REBMANN, *et al.*,              :
                                                               :
               Third-Party           :
               Defendants.          :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the parties' joint letter providing their positions as to whether either party believes that summary judgment would be appropriate.  (Doc. 347.)  Upon my review, it is hereby:

      ORDERED that Plaintiffs' and Third-Party Defendant's request for leave to file a second motion for summary judgment is DENIED.

      IT IS FURTHER ORDERED that a jury trial in this matter is scheduled to begin on November 6, 2023 at 10:00 a.m.

      IT IS FURTHER ORDERED that a pretrial conference in this matter will be held on September 29, 2023 at 3:00 p.m.

      IT IS FURTHER ORDERED that, pursuant to Rule 6 of my Individual Rules & Practices in Civil Cases, a joint pretrial order and motions in limine are due on or before October 20, 2023.

Oppositions to motions in limine, as well as proposed voir dire questions, proposed verdict sheets, and proposed jury instructions are due on or before October 27, 2023. Two courtesy copies of all documents shall be submitted to Chambers, and Microsoft Word versions of the proposed voir dire questions and jury instructions must also be submitted by email to BroderickNYSDChambers@nysd.uscourts.gov.

    IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on November 1, 2023 at 2:00 p.m.

SO ORDERED.

Dated:    September 22, 2023
             New York, New York

Vernon S. Broderick
United States District Judge