UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
AMERICAN LECITHIN COMPANY, *et al.*, :
:
Plaintiffs,                    :
:                          12-CV-929 (VSB) (JW)
- against -               :
:                          ORDER
CARSTEN MATTHIAS REBMANN,       :
:
Defendant and          :
Third-Party Plaintiff,  :
:
- against –              :
:
HERBERT REBMANN, *et al.*,          :
:
Third-Party            :
Defendants.            :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

In light of the upcoming pretrial conferences scheduled in this matter, it is hereby:

ORDERED that counsel for all parties appear telephonically for the pretrial conference

scheduled on September 29, 2023 at 3:00 p.m.  The call-in number for the conference line is 888-

363-4749 and the access code is 2682448.

IT IS FURTHER ORDERED that the parties appear in-person for the final pretrial

conference scheduled on November 1, 2023 at 2:00 p.m.  The parties are directed to appear in

Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New

York, New York.

SO ORDERED.

Dated:          September 26, 2023
New York, New York

Vernon S. Broderick
United States District Judge