UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMERICAN LECITHIN CO., LIPOID GmbH,
LIPOID LLC, *and* PHOSPHOLIPID GmbH,

                              Plaintiffs,

                 -against-

CARSTEN MATTHIAS REBMANN,

                              Defendant;
                              Counterclaim and
                              Third-Party Plaintiff,

                 -against-

HERBERT REBMANN, LIPOID
GRUNDSTUECKS GmbH, LIPOID
VERWALTUNGS, GmbH, LIPOID AG, *and*
COMPLECTOR AG,

                              Third-Party
                              Defendants.
-------------------------------------------------------------------X

**ORDER**

**12-cv-929 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the discovery letters at Dkt. Nos. 363 and 364. A conference is scheduled to address these matters for **October 2, 2023**, at **10:30 AM**. The conference will be held in Courtroom 228, 40 Foley Square, New York, New York.

      SO ORDERED.

DATED:    New York, New York
                September 29, 2023

                                                               */s/ Jennifer E. Willis*
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge