```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
AMERICAN LECITHIN COMPANY, et al.,                       :
                                                         :
                Plaintiffs,                              :
                                                         :        12-CV-929 (VSB) (JW)
        - against -                                      :
                                                         :              ORDER
CARSTEN MATTHIAS REBMANN,                                :
                                                         :
                Defendant and                            :
                Third-Party Plaintiff,                   :
                                                         :
        - against –                                      :
                                                         :
HERBERT REBMANN, et al.,                                 :
                                                         :
                Third-Party                              :
                Defendants.                              :
-------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

    Today, I held a telephonic pre-trial conference in this case. In accordance with my comments made during the conference, the parties are directed to meet and confer to (i) finalize the anticipated length of the trial; (ii) determine whether an interpreter will be needed to assist with witness testimony; and (iii) determine whether any witnesses will testify remotely and, if so, determine the process for presenting documents to the witnesses. Accordingly, it is hereby:

    ORDERED that on or before October 6, 2023 the parties submit a joint letter informing the court of the outcome of their meet and confer discussions.

    IT IS FURTHER ORDERED that on or before October 6, 2023, Plaintiff file a letter informing the court of Plaintiff's position regarding Defendant's pending motion in limine, (Doc. 352), including whether or not Plaintiff intends to file a written response to that motion. If Plaintiff intends to respond to the motion in limine in writing, he should file his response by

October 13, 2023.

SO ORDERED.

Dated:     September 29, 2023
                New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge