**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
AMERICAN LECITHIN CO., LIPOID GmbH,
LIPOID LLC, *and* PHOSPHOLIPID GmbH,

                Plaintiffs,

-against-

CARSTEN MATTHIAS REBMANN,

                Defendant;
                Counterclaim and
                Third-Party Plaintiff,

-against-

HERBERT REBMANN, LIPOID
GRUNDSTUECKS GmbH, LIPOID
VERWALTUNGS, GmbH, LIPOID AG, *and*
COMPLECTOR AG,

                Third-Party
                Defendants.
----------------------------------------------------------------X

**ORDER**

**12-cv-929 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties were heard in a conference on October 2, 2023. The Court resolved all outstanding discovery disputes. For the reasons stated more fully on the record, Plaintiffs' motion at Dkt. No. 364 was GRANTED in part. Defendant need not respond further to the Fourth Interrogatory regarding specific tax laws, but Defendant was ordered to respond to the Tenth Interrogatory about the personal liability of Third Party-Defendant Herbert Rebmann.

Defendant's motion to seal at Dkt. No. 365 was GRANTED. Defendant's motion for discovery at Dkt. No. 363 was GRANTED in part. Plaintiffs were directed

to respond to Defendant's Requests for Admission 6 and 11 regarding "Mr. Von Flue," and Defendant's interrogatory regarding intercompany management fees of Plaintiff Lipoid GmbH.  The Court found that Plaintiffs need not respond further to Requests for Admission 33-35 regarding a "justment."   Defendant preserved his objections regarding the confidentially classifications of certain discovery documents, but the Court did not make a ruling with respect to the issue because it was premature. Finally, the Court ordered Plaintiffs to produce an affidavit regarding emails concerning Plaintiffs 2007-2011 tax returns.  The deadline for compliance with this Court's Order is **Friday, October 6, 2023**, and the deadline to respond to Defendant's interrogatory concerning Plaintiff Lipoid GmbH is **Wednesday, October 11, 2023**.

**The Clerk of the Court is respectfully requested to close the motions at Dkt. Nos. 363, 364, and 365.**

SO ORDERED.

DATED:      New York, New York
            October 2, 2023

JENNIFER E. WILLIS
United States Magistrate Judge

2