UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
           :
AMERICAN LECITHIN COMPANY, *et al.*, :
           :
      Plaintiffs, :
           :   12-CV-929 (VSB) (JW)
   - against - :
           :         ORDER
CARSTEN MATTHIAS REBMANN, :
           :
     Defendant and :
     Third-Party Plaintiff, :
           :
   - against – :
           :
HERBERT REBMANN, *et al.*, :
           :
     Third-Party
     Defendants. :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

    I am in receipt of the parties' materials concerning Defendant's motion in limine challenging Dr. Herbert Rebmann's competency. Accordingly, it is hereby:

    ORDERED that counsel for all parties appear telephonically for a conference scheduled on October 17, 2023 at 9:00 a.m. The call-in number for the conference line is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated:    October 13, 2023
          New York, New York

                                                Vernon S. Broderick
                                                United States District Judge