UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                          :

AMERICAN LECITHIN COMPANY, *et al.*, :

              Plaintiffs,                :

                                          :            12-CV-929 (VSB) (JW)

          - against -               :

                                          :               <u>ORDER</u>

CARSTEN MATTHIAS REBMANN,       :

              Defendant and     :
              Third-Party Plaintiff, :

          - against –              :

HERBERT REBMANN, *et al.*,           :

              Third-Party
              Defendants.       :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    I am in receipt of the parties' materials concerning Defendant's motion in limine challenging Dr. Herbert Rebmann's competency. Accordingly, it is hereby:

    ORDERED that a competency hearing shall be held on October 26, 2023 at 9:00 AM to assess Dr. Herbert Rebmann's ability to testify at trial. The parties are directed to appear in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, while Dr. Rebmann shall testify remotely via Microsoft Teams.

SO ORDERED.

Dated:    October 20, 2023
             New York, New York

                                                                         _____
                                                                        Vernon S. Broderick
                                                                        United States District Judge