UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
AMERICAN LECITHIN COMPANY, *et al.*, :
:
       Plaintiffs, :
:     12-CV-929 (VSB) (JW)
      - against - :
:          <u>ORDER</u>
CARSTEN MATTHIAS REBMANN, :
:
      Defendant and :
      Third-Party Plaintiff, :
:
      - against – :
:
HERBERT REBMANN, *et al.*, :
:
      Third-Party
      Defendants. :
--------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    Today, I held a competency hearing in this case. In accordance with my comments made during the hearing, the parties are directed to meet and confer to determine the prejudice that may result from a potential finding that Dr. Herbert Rebmann is not competent to testify at trial. Specifically, the parties are to assess the authentication of documents issue. Accordingly, it is hereby:

    ORDERED that on or before October 31, 2023 the parties submit a joint letter informing the court of the outcome of their meet and confer discussions.

    IT IS FURTHER ORDERED that on or before November 1, 2023, Plaintiff file a letter informing the court of Plaintiff's position regarding whether or not Plaintiff intends to call Dr. Rebmann as a witness in his case in chief.

SO ORDERED.

Dated:     October 26, 2023
           New York, New York

Vernon S. Broderick
United States District Judge