**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AMERICAN LECITHIN CO., LIPOID GmbH,
LIPOID LLC, *and* PHOSPHOLIPID GmbH,

                              Plaintiffs,

              -against-

CARSTEN MATTHIAS REBMANN,

                     Defendant;
                     Counterclaim and
                     Third-Party Plaintiff,

              -against-

HERBERT REBMANN, LIPOID
GRUNDSTUECKS GmbH, LIPOID
VERWALTUNGS, GmbH, LIPOID AG, *and*
COMPLECTOR AG,

                     Third-Party
                     Defendants.
-----------------------------------------------------------------X

                                      **<ins>ORDER</ins>**

                               **12-cv-929 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Parties were heard in a conference on October 27, 2023. Defendant/Counterclaim Plaintiff ("Matthias") requested the Court preclude recent documents produced by Plaintiffs/Third-Party Defendants ("Plaintiffs"), including (i) signed tax returns, (ii) the recently produced "Von Flue" document, and (iii) transfer price documents and information. Dkt. No. 384. Plaintiffs counter that Matthias should not be able to preclude information that he requested to be produced. Dkt. No. 391. For the reasons stated more fully on the record, Matthias's request was GRANTED in part. Plaintiffs should be precluded from using the "Von Flue"

document, the rest of the motion was DENIED.  **The Clerk of the Court is respectfully requested to close the motion at Dkt. No. 384.  The Parties are directed to order a copy of the transcript from the conference <u>as soon as possible</u> and provide a copy to the Court.**

      SO ORDERED.

DATED:     New York, New York
             October 27, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge