UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
AMERICAN LECITHIN COMPANY, *et al.*, :
:
          Plaintiffs, :
:     12-CV-929 (VSB) (JW)
   - against - :
:     <u>ORDER</u>
CARSTEN MATTHIAS REBMANN, :
:
      Defendant and :
      Third-Party Plaintiff, :
:
   - against – :
:
HERBERT REBMANN, *et al.*, :
:
      Third-Party :
      Defendants. :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

    IT IS FURTHER ORDERED that the final pre-trial conference scheduled for November 1, 2023 at 2:00 PM is adjourned *sine die*.

SO ORDERED.

Dated: October 31, 2023
      New York, New York

                                                           Vernon S. Broderick
                                                          United States District Judge